UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACK D. WILSON,

    Plaintiff,

v.                                CASE NO. 8:16-cv-2703-T-23GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

On April 4, 2017, Magistrate Judge Gregory J. Kelly issued a report (Doc. 17) that recommends affirming the Commissioner's decision and directing the Clerk to enter a final judgment in favor of the Commissioner. More than fourteen days has passed, and no party objects. The report and recommendation (Doc. 17) is **ADOPTED**. Under sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The Clerk is directed to (1) enter judgment in favor of the Commissioner and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on June 1, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE